USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 7/26/17



**Davis Wright Tremaine LLP**

Lance Koonce
212.603.6467 tel
212.489.8340 fax

lancekoonce@dwt.com

July 25, 2017

Hon. Andrew L. Carter
United States District Court
 For the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Goldman v. Advance Publications, Inc. and Advance Local,* **16-cv-9031 (ALC)**

Dear Judge Carter:

We represent Defendants Advance Publications, Inc., Advance Digital Inc. and Advance Local LLC (collectively, "Advance") in the above-referenced matter. We write on behalf of all parties.

As the Court is aware, Advance filed a motion to dismiss the Complaint on June 6, 2017, and Plaintiff Justin Goldman ("Plaintiff") filed his opposition on July 13, 2017. In addition, on July 20, 2017, a group of *amici curiae* moved for leave to file an *amicus* brief in support of Plaintiff, which the Court granted on July 21, 2017. (ECF Nos. 30, 31.) Advance's reply brief in further support of the pending motion to dismiss is currently due July 28, 2017. (*See* Order, ECF No. 26.)

The parties have become aware that at least one additional party intends to file a motion or motions for leave to file an *amicus* brief in support of Advance's motion to dismiss. However, under the current briefing schedule, Plaintiff will not have the opportunity to respond to any additional arguments raised in any further *amicus* briefs, and Advance would be forced to include any response to the already-filed *amicus* brief in its reply brief due this Friday.

The parties have conferred and jointly propose the following modification to the briefing schedule:

- Advance's reply brief will address only the arguments raised in Plaintiff's opposition, and will remain due July 28, 2017.

- Any further *amicus* brief(s) (along with any motion for leave to file same) must be filed on or before August 14, 2017.

July 25, 2017
Page 2

- Both parties may each file a supplemental brief of no more than ten (10) pages responding to any arguments raised in the *amicus* briefs on or before August 28, 2017.

If the Court is not inclined to grant this application, the parties respectfully request a brief joint telephone conference with the Court to discuss potential alternatives.

Please let the parties know if the Court would like any further information in the interim.

Respectfully Submitted,

Davis Wright Tremaine LLP

/s/Lance Koonce

Lance Koonce


cc:    Plaintiff's counsel (*via* ECF)

**THE PARTIES' JOINT REQUESTS ARE GRANTED.**

**SO ORDERED.**

*[signature]*

**JULY 26, 2017**

4842-5528-1228v.1 3920066-000046