**NORWICK & SCHAD**
ATTORNEYS AT LAW

110 EAST 59TH STREET
NEW YORK, NEW YORK 10022

(212) 751-4440
FAX: (212) 604-9997

E-MAIL: KEN@NORWICKSCHAD.COM
WEBSITE: WWW.NORWICKSCHAD.COM

January 18, 2017

BY ECF
Hon. Andrew L. Carter, Jr.
United States District Judge

Hon. Sarah Netburn
United States Magistrate Judge

United States District Court
  for the Southern District of New York
40 Foley Square
New York, NY 10007

       Re: Goldman v. Advance Publications, Inc., et al.
       16 CV 9031 (ALC)(SN)

Dear Judges Carter and Netburn:

    I represent the plaintiff in this action and write for all counsel to keep your Honors apprised of developments in Goldman v. Breitbart, et al, 17 civ 3144 (KBF), the case presenting issues similar to those in this case, and to make a request..

    Two days ago, January 16, 2017, Judge Forrest heard extensive oral argument on the defendants' motion for partial summary judgment on the "embed" issue. At the conclusion, she indicated that she expects to decide that motion by March 1, 2018. Counsel in this case believe her (relatively soon) decision on that motion may influence how they choose to proceed in this case. For that reason, counsel here respectfully request that discovery (and all other proceedings) in this case be stayed pending further developments in Breitbart in early March. Counsel will advise your Honors promptly after Judge Forrest renders her decision.

Respectfully submitted,

Kenneth P. Norwick

cc: Lance Koonce and Eric Feder (by email and ECF)