UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JUSTIN GOLDMAN,

                            Plaintiff,

    - against -                                          16 CV 9031 (ALC)(SN)

ADVANCE PUBLICATIONS, INC.,
ADVANCE DIGITAL, and ADVANCE
LOCAL,

                            Defendants.
------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

It is hereby stipulated and agreed by the attorneys for plaintiff and for all the defendants that this action is voluntarily dismissed with prejudice as against those defendants, with each party to bear its own costs.

Dated: August 20, 2018

_____
Kenneth P. Norwick (KN4622)
Norwick & Schad
110 East 59th Street
New York, NY 10022

Attorney for Plaintiff

_____
Eric J. Feder (EF8016)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020

Attorney for Defendants